UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON, | Case No. 1:22-cv-01545-HBK (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*, OR PAY FILING FEE |
| v. | |
| L. ADDISON, et al., | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on December 1, 2022. (Doc. No. 1). Plaintiff did not accompany the complaint with the $402.00 filing fee or an application to proceed in forma pauperis under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED:**

1. Within thirty (30) days of the date on this order, Plaintiff shall either: (1) fully complete and sign the attached application to proceed in forma pauperis, or (2) pay the $402.00 filing fee for this action.

2. Absent good cause, the Court will not grant any motions for extension of time.

3. Failure to comply with this order will result in a recommendation to dismiss this case.

Dated:   December 2, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE