Dewayne Thompson, T12115
P.O. Box 290066
Represa, Ca 95671
   In Pro Se



FILED

MAR 07 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEWAYNE THOMPSON ) Case No. 1:22-cv-01545HBK(PC)
       PETITIONER/ ) NOTICE OF MOTION, MOTION REQUESTING LEAVE
       PLAINTIFF ) TO FILE FIRST AMENDED COMPLAINT
)
VS ) FEDS R. CIV P 15(a)
)
L. ADDISON, CNA )
       DEFENDANT )+

TO THE HONORABLE MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA PRESIDING IN CASE

    Plaintiff, in pro se, E-filed original complaint at CSP -Corcoran on December 1, 2022. Civil complaint is awaiting initial screening. Plaintiff is moving this court to file first amended complaint (FAC) hereto from writing to type with some changes in words in claims for clarity and removal of Defendants T Nelson and Sgt Garcia.

Date February 27, 2023

Respectfully Submitted
_____
DEWAYNE THOMPSON
IN PRO SE

1