UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>                    Plaintiff,<br><br>       v.<br><br>L. ADDISON, et al.,<br><br>                    Defendants. | Case No.   1:22-cv-01545-HBK (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S OBJECTIONS<br><br>(Doc. No. 16) |

On October 3, 2023, Plaintiff filed Objections to the Court's September 14, 2023 Screening Order. (Doc. No. 16). The Court's October 3, 2023 Screening Order found Plaintiff's first amended complaint stated a cognizable retaliation claim against Defendant Addison, but state no other cognizable claim against the other Defendant or the claims were misjoined. (*See generally* Doc. No. 14). The Court afforded Plaintiff the option to file a Second Amended Complaint, file a notice that he intends to stand on the first amended complaint as screened, or file a notice that he intends to stand on his first amended complaint subject to the undersigned recommending the district court dismiss the claims and Defendants deemed not cognizable and misjoined. (*Id*. at 13-14). Plaintiff filed a second amended complaint on October 3, 2023, the same day he filed his Objections. (Doc. No. 15). Thus, Plaintiff's Objections, although noted, are moot.

1  Accordingly, it is **ORDERED**:

2  Plaintiff's Objections (Doc. No. 16) are DISREGARDED considering Plaintiff filed a
3  second amended complaint the same day (Doc. No. 15).  The Court will screen the second
4  amended complaint in due course.

Dated:    October 4, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2