1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEWAYNE THOMPSON,                          Case No.  1:22-cv-01545-JLT-HBK (PC)

12                   Plaintiff,                  ORDER DENYING PLAINTIFF'S MOTION
                                                 TO COMPEL AS MOOT AND DENYING
13          v.                                   PLAINTIFF'S MOTION FOR SANCTIONS

14    L. ADDISON,                                (Doc. No. 46)

15                   Defendant.

16

17          Pending before the Court is Plaintiff's Motion to Compel and Motion for Sanctions filed

18    on February 14, 2025.  (Doc. No. 46).  Defendant filed an Opposition and Declaration of Counsel

19    on March 5, 2025. (Doc. No. 47).

20          Plaintiff seeks an order compelling Defendant to provide a verification to Defendant's

21    responses to Plaintiff's first set of interrogatories.  (*Id*. 2-3).  Plaintiff further requests that the

22    Court  impose sanctions, to include a finding of contempt and/or entry of default judgment, for

23    Defendant's failure to return the verification page. (*Id*. at 3-4).  In response, Defendant

24    acknowledges that due to a clerical error Defendant's verification page to Defendant's responses

25    to Plaintiff's first set of interrogatories was delayed.  (Doc. No. 47 at 1).  Defendant affirms that

26    the verification has been provided to Plaintiff, the delay in providing Plaintiff with a signed

27    verification page was inadvertent and not done in bad faith, and Plaintiff suffered no prejudice

28    due to the delay.  (*Id*. at 3, 7, ¶ 6).

The Court finds Defendant's failure to timely provide a verification page to Defendant's answers to Plaintiff's first set of interrogatories was due to clerical error. Because Defendant has now provided a verification page such that any responses are under oath consistent with Fed. R. Civ. P. 33(b)(3), the Motion to Compel is moot. Further, because the delay was not due to bad faith and Plaintiff has suffered no prejudice from the delay, the Court finds sanctions are not justified. *See Hyde & Drath v. Baker*, 24 F.3d 1162, 1171 (9th Cir. 1994).

Accordingly, it is hereby **ORDERED:**

1. Plaintiff's Motion to Compel (Doc. No. 46) is DENIED as MOOT.

2. Plaintiff's Motion for Sanctions (Doc. No. 46) is DENIED.


Dated:   __March 18, 2025__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2