1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEWAYNE THOMPSON,                    Case No.  1:22-cv-01545 HBK (PC)

12              Plaintiff,               ORDER GRANTING IN PART
                                         DEFENDANT'S MOTION TO MODIFY
13        v.                             SCHEDULING ORDER

14   ADDISON,                            (Doc. No. 51)

15              Defendant.

16

17        Pending before the Court is Defendant's motion to modify the dispositive motion deadline

18   in the Court's operative Amended Case Management Scheduling Order (Doc. No. 42), filed on

19   July 17, 2025.  (Doc. No. 51, "Motion").  Defendant requests a 30-day extension to file and

20   respond to dispositive motions, citing difficulty securing witness declarations despite diligent

21   effort.  (*Id*. at 4).

22        Federal Rule of Civil Procedure 6(b) provides for extending deadlines for good cause

23   shown, if the request to extend time is made before the original time, or its extension expires; or,

24   on a motion made after the time has expired, if the party failed to act because of excusable

25   neglect.  Additionally, Rule 16(b)(4) permits a court to modify a scheduling order for good cause

26   shown and with the judge's consent.  The Court finds good cause to grant the Motion but only to

27   a limited extent. Given the age of Plaintiff's pending motion for summary judgment—filed in

28   September 2024—and the interest in the just speedy and inexpensive determination of every

action as set forth in Rule 1, the Court will grant a reduced extension to minimize delay.  Fed. R. Civ. P. 1.

       Accordingly, it is **ORDERED**:

1.   Defendant's Motion (Doc. No. 51) IS GRANTED IN PART.

2.   Defendant shall file a response to Plaintiff's pending motion for summary judgment (Doc. No. 43) no later than August 1, 2025.

3.   Defendant's deadline to file a motion for summary judgment shall be August 8, 2025.

4.   All other deadlines and provisions set forth in the Amended Case Management Scheduling Order remain the same.

Dated:   July 18, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE