# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADDISON, et al.,<br><br>　　　　Defendants. | No.  1:22-cv-01545-JLT-FRS (BAM) (PC)<br><br>ORDER REGARDING NOTICE OF CHANGE OF ADDRESS<br><br>(ECF No. 65) |

Plaintiff DeWayne Thompson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the Court is Plaintiff's notice of change of address, filed February 2, 2026.  (ECF No. 65.)  Plaintiff states that his legal property is being withheld and his access to the law library is being denied until he provides notice by this Court that he is pro per.  (*Id.*)

By instant order, the Court confirms that Plaintiff is proceeding pro se (pro per) in this case.  The parties' cross-motions for summary judgment, (ECF Nos. 43, 55), are fully briefed and will be addressed by the Court in due course.

IT IS SO ORDERED.

Dated:  __**February 4, 2026**__　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1